Louis A. Gonzalez, Jr., State Bar No. 157373
Darrin M. Menezes, State Bar No. 202729
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff, California Association
of Professional Firefighters

IN THE UNITED STATED DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, a California non-profit mutual benefit association,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK L. PERCIVAL and CANTRELL, GREEN, PEKICH, CRUZ & McCORT, A Professional Corporation,<br><br>Defendants. | Case No.: 2:06-CV-01815-MCE-GGH<br><br>**AMENDED STIPULATION REGARDING DISPOSITION OF INTERPLEAD FUNDS; FOR DISMISSAL OF DEFENDANT CANTRELL, BREEN, PEKICH, CRUZ & MCCORT AND COUNTERCLAIM FOR INTERPLEADER; AND ORDER THEREON ATTACHING EXHIBIT "A"**<br><br>[Fed. R. Civ. P. 41(a)(1)(ii) and 41(c)] |

Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff California Association of Professional Firefighters ("CAPF"), and Defendants Clark L. Percival ("Percival") and Cantrell, Green, Pekich, Cruz & McCort (the "Cantrell Firm"), through the signatures of their respective counsel of record, hereby stipulate as follows:

1. The $66,999.27 interplead and deposited into the Court's Registry by the Cantrell Firm pursuant to Notice of Deposit into Court Registry filed February 16, 2007, shall be fully and finally released and delivered to CAPF immediately upon the filing of this Stipulation.  The release of the $66,999.27 interplead by the Cantrell Firm is subject to the terms and conditions set forth in the Mutual Release and Agreement Regarding Interpled Funds, which is attached hereto as Exhibit A.

2. Defendant Cantrell, Green, Pekich, Cruz & McCort's Counterclaim for Interpleader filed on or about February 2, 2007 is hereby dismissed pursuant to Federal Rules of Civil Procedure, Rule 41(c).

3. Defendant Cantrell, Green, Pekich, Cruz & McCort is hereby dismissed from the above-entitled action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

4. Each Party is to bear their own fees and costs with respect to the claims asserted by and against the Cantrell Firm only.

**SO STIPULATED**,

Dated: September 25, 2007        **weintraub** genshlea chediak
law corporation

By:     /s/ Louis A. Gonzalez, Jr.
Louis A. Gonzalez, Jr.
Darrin M. Menezes
Attorneys for Plaintiff California Association of Professional Firefighters

Dated: September 25, 2007        Law Offices of Marc Coleman

By:     /s/ Marc Coleman
Marc Coleman
State Bar No. 110358
Attorneys for Defendant Cantrell, Green, Pekich, Cruz & McCort

Dated: September 25, 2007        Law Offices of Corren & Corren

By:     /s/ Adam Blair Corren
Adam Blair Corren
State Bar No. 183067
Attorneys for Clark L. Percival

**ORDER**

Pursuant to the Stipulation of the Parties, the Court Orders as follows:

1. Defendant Cantrell, Green, Pekich, Cruz & McCort is hereby dismissed from this Action with prejudice.

2. The Counterclaim for Interpleader filed by Defendant Cantrell, Green, Pekich, Cruz & McCort is hereby dismissed with prejudice.

3. The $66,999.27 interplead and deposited into the Court's Registry by the Cantrell Firm pursuant to Notice of Deposit into Court Registry filed February 16, 2007 shall be immediately released and delivered to Plaintiff California Association of Professional Firefighters.

**IT IS SO ORDERED**

DATED: October 10, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE