Louis A. Gonzalez, Jr., State Bar No. 157373
Darrin M. Menezes, State Bar No. 202729
weintraub genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff, California Association
of Professional Firefighters

IN THE UNITED STATED DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ASSOCIATION OF PROFESSIONAL FIREFIGHTERS, a California non-profit mutual benefit association, <br><br>     Plaintiff, <br><br>     vs. <br><br> CLARK L. PERCIVAL and CANTRELL, GREEN, PEKICH, CRUZ & McCORT, A Professional Corporation, <br><br>     Defendants. | Case No.: 2:06-CV-01815-MCE-GGH <br><br> STIPULATED DISMISSAL OF ACTION AND ORDER THEREON |

In the above-entitled cause, Plaintiff California Association of Professional Firefighters ("CAPF") and Defendant Clark L. Percival ("Percival") hereby stipulate that the Complaint and Percival's Cross-Claim be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as follows:

Concurrently with the execution of this Stipulated Dismissal of Action, CAPF and Percival have executed a Settlement Agreement and Mutual Release ("Settlement Agreement"). Pursuant to the Settlement Agreement, the Parties agreed and consented to the following terms, which are specifically incorporated herein:

PDF created with pdfFactory trial version www.pdffactory.com

(1)      Settlement Payment.  Percival shall pay to CAPF the total sum of Forty Two Thousand Dollars ($42,000.00), payable as follows:

(a)      Percival shall pay to CAPF Five Hundred Dollars ($500.00) on the first (1st) day of each month for the next eighty-four (84) months, until Percival has paid to CAPF the sum of $42,000.00 in its entirety. The first payment of $500.00 shall be due on the first day of February, 2008.

(b)      All payments set forth in Section 2.1(a), above are due on the first (1st) of each month and are considered late on the tenth (10th) of each month.  If any payment is not received by the tenth (10th) day of the month in which it is due, Percival shall be considered in Default of this Agreement.  Should Percival default on any payment, CAPF shall give Percival immediate notice in writing pursuant to Section 4.16 of the Settlement Agreement, to cure and/or make alternative payment arrangements within seven (7) business days of the default notice.  If Percival has not cured the default within seven (7) business days of said notice, CAPF may file a Stipulated Judgment with the Court.  Percival agrees to keep CAPF informed of his current address information.(c) All payments made pursuant to Section 2.1(a) shall be made payable to the California Association of Professional Firefighters at P.O. Box 31, Martell, California 95654.  At Percival's request, payments made pursuant to Section 2.1(a) may also be made via Direct Deposit and CAPF will provide directions for Direct Deposit upon request.

(d)      Percival may pre-pay the sums owing pursuant to this Agreement at any time during the repayment term without penalty.

(2)      Security.  Concurrently with the execution of this Agreement, Percival

weintraub genshlea chediak
LAW CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

shall execute a Stipulated Judgment in the amount of Seventy Seven Thousand Dollars ($77,000.00) plus 10% interest per annum, but less any monthly payments previously received.   CAPF agrees not to file the Stipulated Judgment unless and until Percival is in Default of this Agreement and Percival has not cured the Default within seven (7) business days of CAPF providing notice to Percival as stated in Section 2.1(b).  In the event that Percival is in Default of this Agreement and Percival has not cured the Default within seven (7) business days of CAPF providing notice to Percival as stated in Section 2.1(b), CAPF shall be entitled to immediately file the Stipulated Judgment with the Court along with a declaration from CAPF's counsel notifying the Court that the aforementioned conditions have not been met, and CAPF shall have available to it all remedies available to a judgment creditor pursuant to the fullest extent of the law.

(3)   Stipulated Order of Dismissal.   This Court shall retain exclusive jurisdiction of this action for the purpose of insuring compliance with this Agreement and the parties stipulate to the exercise of personal jurisdiction over them by this Court.  The terms of this Agreement shall be incorporated into a Stipulated Order of Dismissal of the Action, and all claims therein. The Parties agree and covenant that each will take all steps necessary to ensure that the Court expressly retains jurisdiction over this matter to enforce the terms of this Agreement.

(4)   Fees & Costs.  Except as provided in Section 4.11 of the Settlement Agreement, each Party shall bear his or its own costs, including any and all expenses and consultation or expert fees, and attorneys' fees.

NOW, THEREFORE, the Parties, through their designated representatives hereby stipulate that this entire Action be dismissed and that the Court retain jurisdiction to enforce the terms of the Settlement Agreement as set forth herein.

PDF created with pdfFactory trial version www.pdffactory.com

weintraub genshlea chediak
a law corporation

Dated: _____            /s/ Darrin M. Menezes
                                   Louis A. Gonzalez, Jr.
                                   Darrin M. Menezes
                                   Attorneys   for   Plaintiff   California
Association                                   of Professional Firefighters

Dated: _____                    Law Offices of Corren & Corren

                                   /s/ Adam Blair Corren
                                   Adam Blair Corren
                                   State Bar No. 183067
                                   Attorneys for Clark L. Percival

        IT IS HEREBY ORDERED that this Action be, and hereby is, dismissed.  The
Court retains jurisdiction over the parties at their request in order to enforce the
terms set forth herein until fully performed.

Dated: June 26, 2008

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com